## Commonwealth *v.* Paulsen, Appellant.

Submitted April 10, 1967. *Herman Paulsen,* appellant, in

propria persona; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.